PAID
FILED
JAN 28 2008
U.S. BANKRUPTCY COURT
BY ___fm___ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| SHANE E. EASTMAN | § | 05-57404 LMC |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENFORCING THE DISCHARGE AND FOR RELATED RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

### NOTICE

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

NOW COMES SHANE E. EASTMAN, Movant, and files this Motion to Reopen his Chapter 7 Bankruptcy case pursuant to 11 U.S.C. §350(b) for the limited purpose of filing an adversary proceeding against BAKER RECOVERY SERVICES, and its Attorney, LAW OFFICES OF JUANA TREJO, as Movant believes the parties have violated his discharge. In support of this motion the Movant would show the Court as follows:

1. The Movant, SHANE E. EASTMAN, filed a Chapter 7 Bankruptcy on or about October 13, 2005.

2. The Debtor's discharge was granted on January 26, 2006.

3. The case was closed on or about January 27, 2006.

5. On or about February 28, 2006, BAKER RECOVERY SERVICES, by and through its attorney of record, LAW OFFICES OF JUANA TREJO, initiated a civil suit against Movant, SHANE E. EASTMAN, in Case No. FCM093191, Superior Court of California, County of Solano, Fairfield Branch.

6. The debt on which BAKER RECOVERY SERVICES, initiated its litigation does not appear to be listed on the Debtor's Schedules.

7.  Actual notice of the Bankruptcy Discharge was provided by the Debtor's counsel, WILLIAM P. WEAVER, to the creditor's counsel, LAW OFFICES OF JUANA TREJO, on or about May 2, 2006.

6.  Despite actual notice of Movant's Bankruptcy and Discharge, the creditor, BAKER RECOVERY SERVICES, by and through its counsel, LAW OFFICES OF JUANA TREJO, elected to secure a default judgment against the Debtor, on or about June 1, 2006, and continues to seek collection efforts against the Debtor.

7.  The Movant has incurred actual damages by way of Attorney's Fees and Costs in attempting to resolve this matter.

8.  The Movant desires to seek redress for the creditor's violations as per above, and the Movant is prepared to file an adversary complaint if this case is reopened.

9.  Reopening is appropriate in this matter pursuant to 11 U.S.C. §350(b) for the purposes of granting relief to the Movant consistent with prior court orders and the Bankruptcy Code.

## POINTS AND AUTHORITIES IN SUPPORT OF MOTION

This motion should be granted for the reasons stated above and based on the law governing reopening of cases to provide relief to the debtor. 11 U.S.C. §350(b) expressly provides that a case may be reopened to "accord relief to the debtor, or for other cause."
Numerous courts have allowed reopening for the purpose of enforcing the discharge or other court orders. *E.g., In re Varrone*, 269 B.R. 475 (Bankr. D. Conn. 2001) (reopening case to hear and determine both dischargeability and contempt issue); *In re Lafferty*, 229 B.R. 707 (Bankr. N.D. Ohio 1998) (reopening granted to hear the debtor's motion for contempt). *See In re Jones*, 191 B.R. 265 (Bankr. D. Mass. 1996) (reopening appropriate to grant the debtor relief necessary to enforce the discharge).

Movant recognizes that the debt owed to creditor does not appear to have been initially listed in the Movant's Bankruptcy schedules. Nevertheless, Movant contends that his bankruptcy was a Chapter 7 No-Asset case, and that the debt owed to creditor, BAKER RECOVERY SERVICES, is believed to have occurred prior to his bankruptcy petition. Movant contends that the debt owed to BAKER RECOVERY SERVICES was discharged. *See In re Musgraves* 129 BR 119 (Bkrtcy. W.D. Tex, 1991).

Here, the debtor asserts that once the Creditor and its Attorney were provided actual notice of the Bankruptcy and Discharge by Debtor's Counsel, said parties elected to violate his discharge order by pursuing a default judgment in state court, and continue to violate said discharge order by pursuing actions that continue collection efforts against the Debtor. The only relief available for Debtor is a determination that the debt owed to BAKER RECOVERY SERVICES has been discharged and to seek a remedy that stops continued collection efforts on same. There is no question that the Bankruptcy Court can reopen the case to hear and determine this dispute.

WHEREFORE PREMISES CONSIDERED, the Movant herein requests the Court to Reopen his bankruptcy case for the purpose of enabling him to file an adversary complaint that seeks declaratory relief concerning his debt owed to BAKER RECOVERY SERVICES, as well as relief regarding the creditor's violations being in contempt of the court with respect to the discharge granted this debtor. The Movant prays for general relief.

Respectfully submitted,

The Eichelbaum Law Office
6100 Bandera Road, Suite 407
San Antonio, Texas 78238
Telephone - (210) 681-5710
Facsimile - (210) 509-6444

By: _____
ROB EICHELBAUM
State Bar No. 24002043
Attorney for Movant

KATZMAN & KATZMAN
12451 Starcrest Drive, Suite 106
San Antonio, Texas 78216-2988
Tel (210) 979-7300
Fax (210) 979-7357

By: _____
ALEX KATZMAN
State Bar No. 00786939

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion to Reopen Case For the Limited Purpose of Enforcing the Discharge and for Related Relief has been placed in the United States mail, postage prepaid, to the parties listed below, and who are the only interested parties regarding this matter, on this __28__ day of __January__, 2008.

**DEBTOR:**
SHANE E. EASTMAN
6818 Caribou Creek
San Antonio, Texas 78244

**CHAPTER 7 TRUSTEE:**
John Patrick Lowe
318 E. Nopal
Uvalde, Texas 78801

**UNITED STATES TRUSTEE:**
U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

**CREDITOR:**
BAKER RECOVERY SERVICES
1505 E. 17th Street, Suite 229
Santa Anna, CA 92705

LAW OFFICES OF JUANA TREJO
1505 E. 17th Street, Suite 229
Santa Anna, CA 92705

_____
ROB EICHELBAUM
State Bar No. 24002043
Attorney for Movant