

**SO ORDERED.**

**SIGNED this 28th day of April, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

# United States Bankruptcy Court
### Western District of Texas
### San Antonio Division

| | |
|---|---|
| IN RE | BANKR. CASE NO. |
| SHANE E. EASTMAN | 05-57404 |
| *DEBTOR* | CHAPTER 7 |
| SHANE E. EASTMAN | |
| *PLAINTIFF* | |
| v. | ADV. NO. 08-05055 |
| BAKER RECOVERY SERVICES AND LAW OFFICES OF JUANA TREJO | |
| *DEFENDANTS* | |

**ERRATA ORDER**

It is hereby ORDERED that the Memorandum Decision on Defendant's Motion to Dismiss the Complaint Pursuant to Federal Rules of Bankruptcy Procedure 7012(b)(1) and 7012(b)(6) [Docket No. 34], be amended as follows:

1. Page 2, Lines 7-9 from the top stating:

"This memorandum decision disposes of these matters, overruling the evidence objection,

granting the motion to dismiss the FDCPA and state law causes of action for lack of jurisdiction, and denying the motion to dismiss the action on the discharge."

Be corrected to:

"This memorandum decision disposes of these matters, overruling the evidence objection, and denying the motion to dismiss the FDCPA and state law causes of action for lack of jurisdiction, and denying the motion to dismiss the action on the discharge."

2. Page 2, Line 12 from the top stating:

"... October 13, 2007 (the "Petition Date")."

Be corrected to:

"... October 13, 2005 (the "Petition Date")."

# # #